1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBIN WILLIAMSON,                 )   Case No.  CV 11-1243 MRW
                  Plaintiff,      )
                                  )   JUDGMENT
          vs.                     )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
                  Defendant.      )
_____ )

        The decision of the Administrative Law Judge is AFFIRMED.  Judgment
shall be entered in favor of Defendant.


DATE: May 24, 2012

                              _____
                              HON. MICHAEL R. WILNER
                              UNITED STATES MAGISTRATE JUDGE